IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERSHED ASSET MANAGEMENT, L.L.C.,<br><br>    Plaintiff,<br><br>  v.<br><br>WATERSHED CAPITAL, LLC,<br><br>    Defendant.<br>_____/ | No. C 13-03852 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY MICHELLE MANCINO MARSH** |

     The *pro hac vice* application of Attorney Michelle Mancino Marsh (Dkt. No. 21) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "New York" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of the State of New York). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

     **IT IS SO ORDERED.**

Dated:  December 10, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE