# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Watershed Asset Management, L.L.C., a California limited liability company,

    Plaintiff(s),

v.

Watershed Capital, LLC, a Tennessee limited liability company,

    Defendant(s).

Case No: 3:13-cv-03852-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michelle Mancino Marsh, an active member in good standing of the bar of the Supreme Court of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Watershed Capital, LLC in the above-entitled action. My local co-counsel in this case is Frank L. Bernstein (SBN 189504), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004 | Kenyon & Kenyon LLP<br>1801 Page Mill Road, Ste. 210<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 425-7200 | (650) 384-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mmarsh@kenyon.com | fbernstein@kenyon.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2811115.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/10/13

        Michelle Mancino Marsh
        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle Mancino Marsh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: December 11, 2013.

*IT IS SO ORDERED*
Judge William Alsup
, MAGISTRATE JUDGE