IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WATERSHED ASSET MANAGEMENT, LLC,

    Plaintiff,

  v.

WATERSHED CAPITAL, LLC,

    Defendant.

No. C 13-03852 WHA

**ORDER RE TIME TO RESPOND TO COUNTERCLAIMS**

In this trademark infringement action, the parties have filed a stipulation to extend plaintiff's deadline to respond to counterclaims from December 20, 2013 to February 3, 2014. This action was filed on August 20. On November 26, defendant filed an answer with four counterclaims. The undersigned judge was reassigned this action on December 9. Plaintiff seeks to extend the time to respond to the counterclaims. FRCP 12(a)(1)(B) states a "party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim." The parties have an ADR phone conference scheduled for today and intend to "jointly seek an early settlement conference with a Magistrate Judge in January 2014." Plaintiff's deadline to respond to defendant's counterclaims is hereby extended to **JANUARY 17**.

    **IT IS SO ORDERED.**

Dated: December 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE